UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCHATA A. BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-0019 |
| ) | Judge Echols |
| ) | |
| GAMBRO HEALTHCARE, INC. ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment (Docket Entry No. 51) filed by Defendant Gambro Healthcare, Inc. is hereby GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order shall constitute a final judgment.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE